NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


AVIHAI HARPAZ, )
)
           Appellant, )
)
v. )      Case No. 2D17-4582
)
LADDER HOLDINGS, LLC, a Florida )
limited liability company, )
)
           Appellee. )
_____)

Opinion filed October 26, 2018.

Appeal from the Circuit Court for Lee
County; Elizabeth V. Krier, Judge.

Darol H.M. Carr of Farr, Farr Emerich,
Hackett, Carr & Holmes, P.A., Punta Gorda,
for Appellant.

Susan E. Trench, Phillip M. Hudson III,
Hilda Piloto, and Abbigail E. Webb of Saul
Ewing Arnstein & Lehr LLP, Miami, for
Appellee.


PER CURIAM.


      Affirmed.


NORTHCUTT, VILLANTI, and SALARIO, JJ., Concur.